# United States District Court

for the
Southern District of Indiana
Indianapolis Division

| | | |
|---|---|---|
| MAGNA PROPERTIES, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:23-cv-00562-TWP-MJD |
| vs. | ) | |
| | ) | |
| ARCH SPECIALTY INSURANCE CO. | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL

Plaintiff, Magna Properties, Inc. and Defendant, Arch Specialty Insurance Co. stipulate and agree to the dismissal of this action pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear its own costs and fees.

Agreed to by counsel:

*/s/ Marc A. Menkveld*

Marc A. Menkveld, #29381-32
MENKVELD LAW & MEDIATION LLC
90 E. Cedar Street
Zionsville, IN 46077
marc@menkveldlaw.com
Phone: (720) 280-3811
Facsimile (317) 873-4561

*Attorney for Plaintiff*

*/s/ John Eggum*

John Eggum
Foran Glennon
222 N. LaSalle St., Ste. 1400
Chicago, IL 60601
Tel: 312-890-0500
Email: jeggum@fgppr.com

*Attorney for Defendant*